AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| YI, DEBRA L | CM/ECF Case No. 4:26-PO-00246-AGH |

Case No.    GM1        E2722452

USM No.

Pro Se
_____
Defendant's Attorney

**THE DEFENDANT:** YI, DEBRA L

☐ **THE DEFENDANT** pleaded guilty to count(s)    _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | Driving on Suspended License | 04/29/2026 | 1 |

☑ Count(s)  1 _____    ☑ is    ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.:  8920

Defendant's Year of Birth: 1954

City and State of Defendant's Residence:
FORT MITCHELL, AL

07/22/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

07/22/2026
_____
Date